# Exhibit 1

# TROIS-RIVIERES SOLUTIONS

---

**Wednesday, March 04, 2026**

To Whom It May Concern:

Attached you will find the necessary documents to execute a demand order for wage(s) on ███████
███████. Per the enclosed signed contract, we are within our rights to invoke the wage demand clause in the agreement. According to the Agreement; The Maximum wages, salary, commissions and bonuses that may be collected by Assignee hereon for any work week shall not exceed fifteen percent (15%) of such gross amount paid for that week. Please keep in mind that MIDDAY GREEN is a First Nation proprietorship and operates within the First Nation, which is a federally recognized First Nations entity and enjoys governmental sovereign immunity. Because MIDDAY GREEN and the First Nation are entitled to sovereign immunity, the laws of the said First Nations supersede any laws within the debtor's place of residency.

*A creditor may not directly or indirectly take or receive from an employee an obligation that constitutes or contains an assignment of wages or other earnings unless:*

1. *The assignment is a payroll deduction plan, which starts at the time of the transaction, in which the employee authorized a series of wage deductions as a method of make each payment; or*
2. *The assignment applies only to wages or other earnings already earned at the time of the assignment.*

We ask that you please contact us with the date that the deductions will begin. If there are any questions, feel free to contact our office.

Sincerely,

ANTHONY BANKS
COLLECTIONS DEPT.

| EMP: ███████████████ ███████████████████ **ATTN: PAYROLL GARNISHMENTS** | **WAGE ASSIGNMENT DEMAND ON EMPLOYER** **ASSIGNOR:** ███████ ████████████ OXNARD, CA 93030 SSN: ██████████ |
|---|---|

This Demand Order is hereby made as an assignment of salary, wages, commissions or other compensation for services, executed by **TROIS-RIVIERES SOLUTIONS** and delivered to ██████ ████████████████ on the **03/04/2026** to secure a debt contracted on the **11/15/2022**. The total amount of the debt is **$2,386.33**. Payments in the amount of **$172.77** have been made. The duration of the contract is **INSTALLMENTS**. **There is now due and owing without acceleration the sum of $2,386.33**, the last payment having been made on **12/2/22**. The total amount due and unpaid as of this date is **$2,386.33**. The employee herein named has been in default in their payments in the amount of **$2,386.33** of which **$2,386.33** has been due or owing. Unless you receive within 5 days after the service hereof, a notice of defense from the employee herein named, you are required to make payment in accordance with such assignment. Dated this **03/04/2026**. The maximum wages, salary, commissions and bonuses that may be collected by Assignee hereon for any work week shall not exceed fifteen percent(15%) of such gross amount paid for that week.

**ASSIGNEE:**

**TROIS-RIVIERES SOLUTIONS**
**P.O. BOX 147**
**BELOIT, WI 53512**

BY _____ , AGENT

SSN : ██████████

**AFFIDAVIT**

**ANTHONY BANKS** being first duly sworn, deposes, and says that the facts stated in the demand above are true and correct; and further deposes and says that he (or his principal, if he is an agent for the assignee) has no notice of any defenses of the debtor; that the copy of the Assignment herewith served upon the employer above named is a true copy of an assignment of wages, salary and commissions and other moneys made and delivered to **TROIS-RIVIERES SOLUTIONS**, Assignee **TROIS-RIVIERES SOLUTIONS**, at, Quebec Canada, by Assignor ███████████ ██████████

BY _____ , AGENT

Subscribed and sworn to before me this **03/04/2026**.
**NOTARY PUBLIC**

Official Seal
MARY ALICE LACKEY
Notary Public, State of Illinois
Commission No. 1008385
My Commission Expires April 14, 2029

# STRATEGIC SOLUTION SERVICES, INC

---

**Monday, March 03, 2025**

To Whom It May Concern:

Attached you will find the necessary documents to execute a demand order for wage(s) on SALCIDO, LACEY E. Per the enclosed signed contract, we are within our rights to invoke the wage demand clause in the agreement. According to the Agreement; The Maximum wages, salary, commissions and bonuses that may be collected by Assignee hereon for any work week shall not exceed fifteen percent (15%) of such gross amount paid for that week. Please keep in mind that LINE OF CREDIT NOW (T) is a sole Mohawk proprietorship and operates within the Mohawk Community of Kahnawake, which is a federally recognized First Nations entity and enjoys governmental sovereign immunity. Because LINE OF CREDIT NOW (T) and the Mohawk Community of Kahnawake are entitled to sovereign immunity, the laws of the said First Nations supersede any laws within the debtor's place of residency.

*A creditor may not directly or indirectly take or receive from an employee an obligation that constitutes or contains an assignment of wages or other earnings unless:*

1. *The assignment is a payroll deduction plan, which starts at the time of the transaction, in which the employee authorized a series of wage deductions as a method of make each payment; or*
2. *The assignment applies only to wages or other earnings already earned at the time of the assignment.*

We ask that you please contact us with the date that the deductions will begin. If there are any questions, feel free to contact our office.

Sincerely,

ERVING GARZA
COLLECTIONS DEPT.

PO BOX 189
LOMBARD IL 60148
MAIN:  (877) 979-2028 EXT#:303
FAX:  (888) 977-3165

EMP: ███████████████ █

██████ ███████ ███

LONG BEACH, CA 90853

ATTN: PAYROLL GARNISHMENTS

**WAGE ASSIGNMENT DEMAND ON EMPLOYER**

ASSIGNOR: SALCIDO, LACEY E

This Demand Order is hereby made as an assignment of salary, wages, commissions or other compensation for services, executed by **STRATEGIC SOLUTION SERVICES** and delivered to ████████ ██████████████ on the **03/03/2025** to secure a debt contracted on the **07/08/2024**. The total amount of the debt is **$1,638.01**. Payments in the amount of **$386.49** have been made. The duration of the contract is **INSTALLMENT. There is now due and owing without acceleration the sum of $1,638.01**, the last payment having been made on **08/30/2024**. The total amount due and unpaid as of this date is **$1,638.01**. The employee herein named has been in default in their payments in the amount of **$1,638.01** of which **$1,638.01** has been due or owing. Unless you receive within 5 days after the service hereof, a notice of defense from the employee herein named, you are required to make payment in accordance with such assignment. Dated this **03/03/2025**. The maximum wages, salary, commissions and bonuses that may be collected by Assignee hereon for any work week shall not exceed fifteen percent(15%) of such gross amount paid for that week.

**ASSIGNEE:**

**STRATEGIC SOLUTION SERVICES**
**PO BOX 189**
**LOMBARD, IL 60148**
**(877) 979-2028**

BY _____ , AGENT

}SSN : ███████████

**AFFIDAVIT**

**ERVING GARZA** being first duly sworn, deposes, and says that the facts stated in the demand above are true and correct; and further deposes and says that he (or his principal, if he is an agent for the assignee) has no notice of any defenses of the debtor; that the copy of the Assignment herewith served upon the employer above named is a true copy of an assignment of wages, salary and commissions and other moneys made and delivered to **STRATEGIC SOLUTION SERVICES,** Assignee **STRATEGIC SOLUTION SERVICES,** at Mohawk Community of Kahnawake, Quebec Canada, by Assignor **SALCIDO, LACEY E.**

BY _____ , AGENT

Subscribed and sworn to before me this **03/03/2025**.
**NOTARY PUBLIC**

DAVID MENDOZA
Official Seal
Notary Public · State of Illinois
My Commission Expires May 12, 2026

# STRATEGIC SOLUTION SERVICES, INC

**Thursday, May 01, 2025**

To Whom It May Concern:

Attached you will find the necessary documents to execute a demand order for wage(s) on HOWARD, BRANDON. Per the enclosed signed contract, we are within our rights to invoke the wage demand clause in the agreement. According to the Agreement; The Maximum wages, salary, commissions and bonuses that may be collected by Assignee hereon for any work week shall not exceed fifteen percent (15%) of such gross amount paid for that week. Please keep in mind that ARROW VALLEY LOANS is a sole Mohawk proprietorship and operates within the Mohawk Community of Kahnawake, which is a federally recognized First Nations entity and enjoys governmental sovereign immunity. Because ARROW VALLEY LOANS and the Mohawk Community of Kahnawake are entitled to sovereign immunity, the laws of the said First Nations supersede any laws within the debtor's place of residency.

*A creditor may not directly or indirectly take or receive from an employee an obligation that constitutes or contains an assignment of wages or other earnings unless:*

1. *The assignment is a payroll deduction plan, which starts at the time of the transaction, in which the employee authorized a series of wage deductions as a method of make each payment; or*
2. *The assignment applies only to wages or other earnings already earned at the time of the assignment.*

We ask that you please contact us with the date that the deductions will begin. If there are any questions, feel free to contact our office.

Sincerely,

JENNY THOMAS
COLLECTIONS DEPT.

PO BOX 189
LOMBARD IL 60148
MAIN:  (888) 965-2508 EXT#:302
FAX:  (888) 253-8294

| EMP: ████████████ | WAGE ASSIGNMENT DEMAND ON EMPLOYER |
|---|---|
| ████████████████ ATLANTA, GA 30339 | ASSIGNOR: HOWARD, BRANDON ████████████████ |
| ATTN: PAYROLL GARNISHMENTS | SSN: ███████████ |

This Demand Order is hereby made as an assignment of salary, wages, commissions or other compensation for services, executed by **STRATEGIC SOLUTION SERVICES** and delivered to ████████████ on the **05/01/2025** to secure a debt contracted on the **06/21/2024**. The total amount of the debt is **$3,518.85**. Payments in the amount of **$0.00** have been made. The duration of the contract is **6 MONTH INSTALLMENT. There is now due and owing without acceleration the sum of $3,518.85**, the last payment having been made on **N/A**. The total amount due and unpaid as of this date is **$3,518.85**. The employee herein named has been in default in their payments in the amount of **$3,518.85** of which **$3,518.85** has been due or owing. Unless you receive within 5 days after the service hereof, a notice of defense from the employee herein named, you are required to make payment in accordance with such assignment. Dated this **05/01/2025**. The maximum wages, salary, commissions and bonuses that may be collected by Assignee hereon for any work week shall not exceed fifteen percent(15%) of such gross amount paid for that week.

**ASSIGNEE:**

**STRATEGIC SOLUTION SERVICES**
**PO BOX 189**
**LOMBARD, IL 60148**
**(888) 965-2508**

BY _____ , AGENT

}SSN : ███████████

**AFFIDAVIT**

**JENNY THOMAS** being first duly sworn, deposes, and says that the facts stated in the demand above are true and correct; and further deposes and says that he (or his principal, if he is an agent for the assignee) has no notice of any defenses of the debtor; that the copy of the Assignment herewith served upon the employer above named is a true copy of an assignment of wages, salary and commissions and other moneys made and delivered to **STRATEGIC SOLUTION SERVICES**, Assignee **STRATEGIC SOLUTION SERVICES**, at Mohawk Community of Kahnawake, Quebec Canada, by Assignor **HOWARD, BRANDON**.

BY _____ , AGENT

Subscribed and sworn to before me this **05/01/2025**.
**NOTARY PUBLIC**



Official Seal
MARY ALICE LACKEY
Notary Public, State of Illinois
Commission No. 1008385
My Commission Expires April 14, 2029

STRATEGIC SOLUTION SERVICES
PO BOX 959
WOOD DALE, IL 60191

# ARROW MOUNTAIN FUNDING

**October 15, 2024**

**EMPLOYER:** ████████████████

**RE: WHITNEY EVANS**

**LOAN # 164347A**

**SSN:** ████████

**Dear MADISON COUNTY SCHOOL SYSTEM,**

We have a wage assignment in place on the above name employee. At this time, we would ask for you to CEASE THE WAGE ASSIGNMENT, we are working directly with our customer. In the event that they not follow through with the arrangement we will contact you to continue with the wage assignment processing. Thank you in Advance for your assistance.

**MARK SMITH**

**ARROW MOUNTAIN FUNDING**
**PH: (866) 265-0665**
**FX: (630) 359-3108**
**SUPPORT@LENDER-SUPPORT.NET**

**\*Office hours: Monday - Thursday 9:00AM to 5:30PM CST, Friday 9:00AM to 4:30PM CST. Closed on the Weekends\*.**