# Exhibit 13

# EXHIBIT 1

Docusign Envelope ID: 704C65A1-0977-48B4-99AC-49E6B9D386E4

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

|  |  |
|---|---|
| **MALCOLM BENNETT and DONNA D'ELIA**, *individually and on behalf of others similarly situated,*<br><br>*Plaintiffs*,<br><br>v.<br><br>**ASHLEY ANN AIREY,** *doing business as* **GREEN FUNDS GROUP and GREEN FUNDS EXPRESS, et al.,**<br><br>**Defendants.** | **Case No. 8:25-cv-01534-WFJ-TGW** |

## DECLARATION OF CONSTANTINE RADIOTIS

I, Constantine Radiotis, declare pursuant to 28 U.S.C. § 1746:

1.     My name is Constantine Radiotis. I am over the age of majority, competent to testify, and have personal knowledge of the facts contained herein. The facts stated herein are true and correct, and if called and sworn as a witness, I could and would competently testify thereto under oath.

2.     I am a principal of NCR Financial Services, Inc. ("NCR") and Finsana, LLC ("Finsana") (collectively, the "NCR Defendants").

3.     Finsana is a Delaware limited liability company with a principal place of business in Quebec, Canada.

Docusign Envelope ID: 704C65A1-0977-48B4-99AC-49E6B9D386E4

4.     NCR is a Canadian corporation registered in Quebec, Canada, which is also it its principal place of business.

5.     The NCR Defendants have no operations and transact no business in Florida, including the following:

   a)   The NCR Defendants are not organized under the laws of Florida;

   b)   The NCR Defendants do not have a principal place of business in Florida;

   c)   The NCR Defendants do not have an office in Florida;

   d)   The NCR Defendants do not have a Florida telephone number;

   e)   The NCR Defendants do not have a Florida bank account;

   f)   The NCR Defendants do not own any real or personal property in Florida;

   g)   The NCR Defendants have no employees who reside or work in Florida;

   h)   The NCR Defendants do not pay taxes in Florida;

   i)   The NCR Defendants do not have a registered agent in Florida; and

   j)   The NCR Defendants do not have a post office box or mailing address in Florida.

6.     The NCR Defendants have never made consumer loans or advertised consumer loan products.

7.     The NCR Defendants do not collect debt.

8.     The NCR Defendants made no loan to Malcolm Bennett or Donna D'Elia ("Plaintiffs"). The NCR Defendants did not enter into an agreement with Ashley Ann Airey d/b/a Green Funds Express ("Green Funds Express") or any other party by which Green Funds Express or any lender made any loan to Plaintiffs.

Docusign Envelope ID: 704C65A1-0977-48B4-99AC-49E6B9D386E4

9. The NCR Defendants do not "operate" Green Funds Express, as suggested in the Complaint in *Bennett, et al. v. Airey, et al.*, No. 8:25-1534 (M.D. Fla.) ("Complaint").

10. The NCR Defendants do not oversee the day-to-day operations of Green Funds Express, as alleged in the Complaint.

11. The NCR Defendants do not "bankroll" or "manage" Green Funds Express or any lender identified in the Complaint, as alleged in the Complaint.

12. The NCR Defendants did not design the website for Green Funds Express or any lender identified in the Complaint.

13. The NCR Defendants' business records reflect no calls with either Plaintiff.

14. The NCR Defendants made no calls to Florida related to either Plaintiffs' loans or accounts.

15. The NCR Defendants do not operate the telephone number 866-978-3607, as alleged in the Complaint.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 24, 2025.          By: _____

                                             Constantine Radiotis