# Exhibit 14

2

Home    My Network    Jobs    Messagin



# FinSANA

FinSANA is a global fintech company that specializes in catering to underserved and underbanked consumers.

Financial Services · Mont-royal, Quebec · 5K followers · 201-500 employees

**+ Follow**        ✈ **Message**

Home    **About**    Posts    Jobs    People

## Overview

FinSANA is a financial services company that specializes in technology solutions that facilitate the servicing of near prime and non-prime consumers. Our focus on data science, marketing, collections, payment processing, technology, and the customer has propelled us to be a leader in an industry where consumers are not well-served by traditional banks and their products.

Over the last 15 years, our internally architected suite of financial solutions have serviced millions of consumers in North, Central and South America that have urgent credit needs. Our dedication to building transformative products that are tailormade for an underserved market has allowed us to become an industry leader and market innovator.

**Website**

https://finsana.com/

**Industry**

Financial Services