# Exhibit 15

## Entity Information

### Entity Information

**Entity Name:**

UNIVERSAL SERVICE GROUP INC.

**Entity Number:**

E46887822025-5

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Default

**Formation Date:**

02/25/2025

**NV Business ID:**

NV20253299802

**Termination Date:**

**Annual Report Due Date:**

2/28/2026

**Compliance Hold:**

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

Registered Agents Inc * (N)

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20131735999

**Office or Position:**

Manager

**Jurisdiction:**

**Street Address:**

732 S 6TH ST, STE R, Las Vegas, NV, 89101, USA

**Mailing Address:**

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | KIRBY DELISLE | 2915 OGLETOWN ROAD, NEWARK, DE, 19713, USA | 02/25/2025 | Active |
| Secretary | KIRBY DELISLE | 2915 OGLETOWN ROAD, NEWARK, DE, 19713, USA | 02/25/2025 | Active |
| Director | KIRBY DELISLE | 2915 OGLETOWN ROAD, NEWARK, DE, 19713, USA | 02/25/2025 | Active |

**Page 1 of 1, records 1 to 3 of 3**

**CURRENT SHARES**

| Class/Series | Type | Share Number | Value |
|---|---|---|---|

No records to view.

Number of No Par Value Shares:

**1500**

Total Authorized Capital:

**1,500**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results