IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

WHITNEY EVANS, *et al.*,
    Plaintiffs,

        v.                                    Civil No. 3:26cv145 (DJN)

STRATEGIC SOLUTIONS
SERVICES, INC *et al.*,
    Defendants.

### ORDER
**(Granting Motion for Leave to Conduct John Doe Discovery)**

This matter comes before the Court on Plaintiff Whitney Evans, Michael Goetting, Dawn Famiglietti, Lacey Salcido, Felicia White, and Rubin Stone's, on behalf of themselves and all individuals similarly situated, (collectively, "Plaintiffs") *Ex Parte* Motion for Leave to Conduct John Doe Discovery (ECF No. 4 ("Motion")). Plaintiffs move this Court to allow for leave to serve ten third-party subpoenas seeking information that will likely reveal the identities of the individuals or entities behind the alleged lending fronts at issue in this case. (ECF No. 5 at 6.) District courts have "broad discretion . . . to supervise discovery." *Russell v. Absolute Collection Servs., Inc.*, 763 F.3d 385, 396 (4th Cir. 2014). And while Federal Rule of Civil Procedure 26 generally prohibits discovery before the parties have conducted a Rule 26(f) discovery conference, a court can order expedited discovery. Fed. R. Civ. P. 26(d)(1). Upon consideration of Plaintiffs' Motion, the Court finds good cause to grant leave for early discovery. Accordingly,

Plaintiffs' *Ex Parte* Motion for Leave to Conduct John Doe Discovery (ECF No. 4) is hereby GRANTED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Dated: March 20, 2026