UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND                        DIVISION

Whitney Evans, et al.

vs.                                    Civil/Criminal Action No. 3:26-cv-00145

Strategic Solution Services, Inc., et al.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
Kapital Solutions, Inc.

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

05/15/2026                              /s/ Brendan D. O'Toole

Date                                    Signature of Attorney or Litigant
                                        Counsel for  Defendant

Rev. 03/12/19

## CERTIFICATE OF SERVICE

I hereby certify that on 15th day of May, 2026, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the

following:

Kristi Cahoon Kelly, Esq.
Andrew Joseph Guzzo, Esq.
Casey Shannon Nash, Esq.
James Patrick McNichol, Esq.
Matthew G Rosendahl, Esq.
Kelly Guzzo PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com
*Attorneys for Plaintiff*

Bryan Geiger, Esq.
Thomas Martin Bonan, Esq.
Seraph Legal, P.A.
3505 E. Frontage Road, Suite 145
Tampa, FL 33607
Email: bgeiger@seraphlegal.com
Email: tbonan@seraphlegal.com
*Attorney for Plaintiff*

By: /s/ *Brendan O'Toole*
Brendan D. O'Toole
Virginia State Bar No. 71329
Counsel for Defendant
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6588
Facsimile: (804) 420-6507
botoole@williamsmullen.com